[No. 12864-7-I.  Division One.  May 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK
A. DAWSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-8-04599-5, Stanley Stone, J. Pro Tem., entered February 3, 1983. *Affirmed* by unpublished opinion

per Swanson, J., concurred in by Durham, C.J., and Callow, J.